**EXHIBIT 2:** INFRINGEMENT# 1
URL:
https://www.facebook.com/109305427093792/photos/a.165905828100418/252287036128963/?type=3&from_lookaside=1



Case 1:25-cv-01967-NCG-LKE    Document 1-2    Filed 04/09/25    Page 2 of 2 PageID #: 13

