**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT
URL: https://nypost.com/2020/05/09/staffers-say-nyc-nursing-home-is-covering-up-coronavirus-deaths/

