

# T. A. BLACKBURN LAW

**TYRONE A. BLACKBURN**
_____

MEMBER OF
NY, DC & NJ BAR
_____

FEDERAL APPELLATE &
DISTRICT COURT MEMBERSHIP
2nd Circuit,
EDNY, NDNY, SDNY, NDIL, & DNJ
_____

90 Broad Street, 2nd Floor
New York, NY 10004

June 5, 2025

**Sent via e-Courts**:
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Rice v. T.A. Blackburn Law, PLLC, No. 1:25-cv-01957-NGG-LKE
        Notice of Rule 11(c)(2) Service and Intent to Move for Sanctions

Dear Judge Garaufis:

      I represent Defendant T.A. Blackburn Law, PLLC, in the above-captioned matter. I write to respectfully notify the Court that, according to Federal Rule of Civil Procedure 11(c)(2), Defendant served a formal sanctions letter upon Plaintiff's counsel, Craig B. Sanders, Esq., on June 5, 2025. The letter identifies multiple factual and legal deficiencies in the Complaint, including a material misrepresentation contradicted by Plaintiff's own exhibit.

      The letter complies with Rule 11's twenty-one (21) day "safe harbor" provision. If Plaintiff fails to withdraw the Complaint by June 26, 2025. In that case, Defendant intends to file a motion for sanctions seeking dismissal with prejudice, attorneys' fees, and such further relief as the Court deems appropriate.

      We provide this notice in the interest of transparency and judicial economy and will refrain from filing the motion until the safe harbor period expires, in accordance with Rule 11(c)(2).

                                            Respectfully Submitted,

                                            /s/*Tyrone A. Blackburn, Esq.*
                                            Tyrone A. Blackburn, Esq.

Cc: All Counsel of Record.



347-342-7432     tblackburn@tablackburnlaw.com     TABlackburnlaw.com