

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 22, 2026

***Via ECF***

Hon. Lara K. Eshkenazi, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *John Curtis Rice v. T.A. Blackburn Law, PLLC*
               Docket No: 1:25-cv-01957-NGG-LKE

Dear Magistrate Judge Eshkenazi:

This firm represents plaintiff John Curtis Rice ("*Plaintiff*") in the above-captioned matter and writes in response to the Court's Order entered April 8, 2026 [*see paperless Order entered April 8, 2026*] directing the parties to file a status report. Unfortunately, counsel for defendant T.A. Blackburn Law PLLC ("*Defendant*") has been unresponsive to the numerous contact attempts made by this firm to submit a joint response. As such, Plaintiff is filing this response individually.

Defendant was served with process on April 23, 2025. [*ECF No.* 6]. The time for Defendant to respond to the Complaint expired, and the Court scheduled a Default Conference to be held on June 26, 2026. [*See Paperless Order entered May 20, 2026*]. Thereafter, on June 5, 2025, Defendant filed a request for a pre-motion conference to file a motion to dismiss as well as its intention to file a motion for sanctions. [*ECF Nos.* 10-11]. Plaintiff's response was filed on June 6, 2025. [*ECF No.* 12]. On June 9, 2025, the Court granted Defendant's application for a pre-motion conference, directing the parties to contact the Court's Deputy to schedule the pre-motion conference. [*See Paperless Order entered June 9, 2025*].

Thereafter, counsel for the parties spoke on July 23, 2025, and discussed the potential to resolve this matter, wherein it was understood that counsel for Defendant would submit an email to counsel for Plaintiff with certain requests for information. Said email was never received.

Upon an internal review of this matter, it was discovered that this firm did not receive any subsequent email from defense counsel regarding resolution nor were proposed dates provided for the parties to discuss with the Court's Deputy to schedule the Defendant's pre-motion request. As such, on October 15, 2025, November 19, 2025, and then again on February 2, 2026, counsel from this firm attempted to contact defense counsel to no avail.



Following the Court's April 8, 2026, Paperless Order, counsel for Plaintiff attempted to contact defense counsel to coordinate a joint status report, but said contact attempts were unsuccessful, in that a response from defense counsel was never received. Specifically, emails were sent to defense counsel's known email address, for which delivery confirmation receipts were received, on April 15, 2026, April 17, 2026, April 21, 2026, and April 22, 2026. Counsel for Plaintiff also attempted to call defense counsel. Unfortunately, this firm has been unsuccessful in reaching defense counsel and has been left with no choice but to file this status report individually.

As Defendant has not attempted to coordinate with the undersigned to schedule a pre-motion conference for its motions, Plaintiff would respectfully request that the Court deny Defendant's request and proceed with re-scheduling the previously adjourned default conference or, in the alternative, to schedule an initial scheduling conference.

Thank you for your consideration of this request.

Respectfully submitted,

/s *Craig B Sanders*
Craig B Sanders