# T. A. BLACKBURN LAW

### TYRONE A. BLACKBURN

_____

MEMBER OF
NY & NJ BAR

_____

FEDERAL APPELLATE & DISTRICT
COURT MEMBERSHIP
2nd Circuit,
EDNY, NDNY, SDNY, NDIL, & DNJ

_____

1242 E. 80th Street, 3rd Floor
Brooklyn, NY 10004

May 4, 2026

**Via** Email and First-Class Mail
Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Request for Adjournment of 5/5/2025 Conference
*Rice v. T.A. Blackburn Law, PLLC,* 1:25-cv-01957-NGG-LKE (E.D.N.Y.)

Dear Magistrate Judge Eshkenazi:

I am counsel for Defendants in the above captioned matter.  I write to request a brief adjournment of the status conference currently scheduled for May 5, 2026.  I must appear before USDJ Leo Gordon in the Federal District of New Jersey at 2pm.  I will not be able to make the in-person conference at 2:30pm.  I propose rescheduling to one of the following dates so there is no conflicts with other prescheduled court appearances:  May 11th, May 14th, and May 20th.

This is my first request for adjournment, and I apologize to the court for any inconvenience.

Respectfully Submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All Counsel of Record.

 347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com