

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

May 5, 2026

***Via ECF***
Hon. Lara K. Eshkenazi, U.S.M.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *John Curtis Rice v. T.A. Blackburn Law, PLLC*
     Docket No: 1:25-cv-01957-NGG-LKE

Dear Magistrate Judge Eshkenazi:

This firm represents plaintiff John Curtis Rice ("*Plaintiff*") in the above-captioned matter and writes in response to the Court's Order entered May 5, 2026, rescheduling the May 5, 2026, Status Conference to May 11, 2026. [*See paperless Order entered May 5, 2026, granting Defendant's adjournment request*].

While counsel was ready, willing, and able to attend the original May 5, 2026, Status Conference date, the undersigned will unfortunately be out of the country and therefore unable to attend the new date for the Status Conference, scheduled for May 11, 2026. The undersigned respectfully advises that he will be out of the country from May 11th through May 20th, and am scheduled to begin trial the day after my return, on May 21st. In light of these schedule conflicts, I would respectfully request that the Court adjourn the May 11, 2026, Status Conference to a later date, beginning the first week of June, 2026.

Thank you for your consideration of this request.

       Respectfully submitted,

       /s *Craig B Sanders*
       Craig B Sanders